**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN MARQUEZ, | Case No. 1:23-cv-01782 KES EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| O. ORTIZ, et al., | |
| Defendants. | Docs. 65, 68 |

Jonathan Marquez seeks to hold defendant Ortiz liable for excessive force in violation of his Eighth Amendment rights.  *See* Doc. 18; Doc. 7.  Plaintiff seeks default judgment, asserting that he has "had to make the Defendant and his attorney answer [his discovery requests] by force … using Court Federal Civil Rules" and that Defendant has prolonged the litigation by not agreeing to participate in a settlement conference.  Doc 65 at 1-2.  Plaintiff contends the Court should enter default judgment as a sanction for "procrastination of the defense." *Id.* at 2.

On April 20, 2026, the magistrate judge issued findings and recommendations that Plaintiff's motion for default judgment be denied.  Doc. 68 at 3-4.  The Court served the findings and recommendations on Plaintiff and granted 30 days to file any objections.  *Id.* at 4.  The Court informed Plaintiff that a failure to file timely objections may result in the waiver of rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Plaintiff did not file objections, and the time to do so expired.

1

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1.    The findings and recommendations issued April 20, 2026 (Doc. 68) are ADOPTED in full.

2.    Plaintiff's motion for default judgment (Doc 65) is DENIED.

IT IS SO ORDERED.

Dated:    June 8, 2026

_____
UNITED STATES DISTRICT JUDGE

2